# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CYNTHIA R. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-1268-HE |
| | ) | |
| SHARON HARRISON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Plaintiff, a state prisoner appearing *pro se*, filed this § 1983 action complaining about her conditions of confinement. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Gary M. Purcell. The magistrate noted that plaintiff had not paid the filing fee or filed a motion seeking leave to proceed *in forma pauperis* ("*ifp*"), and that her complaint was not filed on the proper form. He directed her to cure the deficiencies by December 23, 2013, and advised her that if she did not comply with his order he would recommend that the action be dismissed without prejudice. When plaintiff failed to correct the deficiencies, the magistrate judge entered an order recommending dismissal.

Plaintiff has filed an objection stating that she was moved to a different facility and then back again and therefore her receipt of the magistrate judge's Report and Recommendation was delayed. She also states that officials at the correctional center have refused to "fill out their portion of the IFP." Doc. #8, p. 2. . Plaintiff is directed to show this order to the correctional officials, who are directed to provide her with a certified copy of her

institutional account's statement for the six month period immediately preceding December 2, 2013. She also is granted an extension until **February 13, 2014**, to comply with Magistrate Judge Purcell's December 4, 2013, order by (1) paying the filing fee or filing an *ifp* application and by (2) filing her complaint using the proper form. Failure to comply with this order may result in the dismissal without prejudice of plaintiff's action.

**IT IS SO ORDERED**.

Dated this 28th day of January, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE