# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CYNTHIA R. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-1268-HE |
| | ) | |
| SHARON HARRISON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff, a state prisoner appearing *pro se*, filed this § 1983 action complaining about her conditions of confinement. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Gary M. Purcell, who has recommended that the action be dismissed without prejudice.

The procedural history of this case is detailed in the magistrate judge's Report and Recommendation and will not be repeated here. Simply put, in his April 16, 2014, order, the magistrate judge granted plaintiff leave to proceed *in forma pauperis* ("*ifp*") and directed her to pay the initial partial filing fee of $7.42 by May 5, 2014. She was advised that if she failed to pay the fee or show cause in writing why she had not, the action could be dismissed without prejudice. When plaintiff did not comply with his May 5 order, the magistrate judge issued a Supplemental Report and Recommendation recommending that the case be dismissed. Plaintiff did not file an objection and thereby waived her right to appellate review of the issues addressed in the Supplemental Report and Recommendation. *See* <u>United States v. One Parcel of Real Property</u>, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. §

636(b)(1)(C).

Accordingly, the court **ADOPTS** Magistrate Judge Purcell's Supplemental Report and Recommendation and dismisses this case without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of June, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE